■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDILBERTO TANTAU, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered June 17, 1987, convicting him of criminal sale of a controlled substance in the second degree, upon his plea of guilty, and sentencing him, as a second felony offender, to an indeterminate term of six years' to life imprisonment.

Ordered that the judgment is affirmed.

The defendant was adjudicated a second felony offender based upon his conviction in Pennsylvania for robbery. The defendant now argues for the first time on appeal that a comparison of the analogous statutes indicates that the elements are not the same. However, such claim was not raised at the hearing and thus is unpreserved for appellate review *(see, People v Oliver,* 63 NY2d 973; *People v Alston,* 134 AD2d 433; *People v Morales,* 143 AD2d 949 [decided herewith]).

In any event, the defendant was properly adjudicated a second felony offender because an examination of the relevant statutes shows that the elements are equivalent *(compare,* 18 Pa Cons Stat Annot § 3701 [a] [1] [ii]; § 3921 [a]; § 3901, *with* Penal Law § 160.00). Mollen, P. J., Brown, Kunzeman, Weinstein and Kooper, JJ., concur.